IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KARIN NAQUIN | * | |
| | * | |
| PLAINTIFF | * | |
| VS. | * | CIVIL ACTION NO. _____ |
| | * | |
| EATON GROUP ATTORNEYS, LLC, MRC | * | COMPLAINT AND |
| RECEIVABLES CORPORATION, AND | * | DEMAND FOR A JURY TRIAL |
| MIDLAND CREDIT MANAGEMENT, INC. | * | |
| | * | |
| DEFENDANTS | * | |

**COMPLAINT**

I. Introduction

1.　　This is an action for damages brought by an individual consumer for defendants' violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices, and to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged.

II. JURISDICTION

2.　　Jurisdiction of this court arises under 15 U.S.C. § 1692k, 28 U.S.C. §§ 1331 and 1337.

III. PARTIES

3.　　Plaintiff, Karin Naquin ("plaintiff" or "Ms. Naquin"), is a natural person who resides in Ascension Parish and is a "consumer" as defined by 15 U.S.C. § 1692a(3).

4.　　Defendant, Eaton Group Attorneys, LLC (hereinafter referred to as "Eaton") is a domestic limited liability company doing business in the state of Louisiana, whose registered agent for service of process is Gregory M. Eaton, 309 North Blvd., Baton Rouge, LA.  Eaton, at all

times relevant hereto, regularly attempted to collect debts alleged to be due another and is a "debt collector" as defined under the FDCPA.

5. Defendant, MRC Receivables Corporation (hereinafter referred to as "MRC") is a foreign corporation doing business in the state of Louisiana, whose registered agent for service of process in Louisiana is Corporation Service Company, 320 Somerulos Street, Baton Rouge, LA 70802. MRC, at all times relevant hereto, regularly attempted to collect debts alleged to be due another and is a "debt collector" as defined under the FDCPA.

6. Defendant, Midland Credit Management, Inc. (hereinafter referred to as "Midland") is a foreign corporation doing business in the state of Louisiana, whose registered agent for service of process in Louisiana is Corporation Service Company, 320 Somerulos Street, Baton Rouge, LA 70802. Midland, at all times relevant hereto, regularly attempted to collect debts alleged to be due another and is a "debt collector" as defined under the FDCPA.

## IV. FACTUAL ALLEGATIONS

7. On January 7, 2008, defendants filed a motion for summary judgment in Ascension Parish Court seeking to collect a debt from plaintiff which she allegedly owed to defendant MRC in the amount of approximately $2823.31 plus 18% interest from either September 21, 2005 or September 30, 2005.

8. This alleged debt arose from a Discover Card credit card account which was used solely for personal purposes.

9. In September 2005, Eaton Attorneys, a law firm owned and controlled by Gregory M. Eaton, the same person who owns and controls Eaton Group Attorneys, LLC, mailed a letter to Ms. Naquin attempting to collect this same alleged debt, said letter contained the

validation notice required by section 1692g(a) of the FDCPA.

10. Ms. Naquin disputed this alleged debt in writing to Eaton Attorneys pursuant to section 1692g and received an affidavit in response to this dispute executed by an Erin Masterson on September 22, 2005, and Ms. Masterson was employed by defendant Midland, as servicer of this alleged debt.

11. This affidavit contained a blank space for an interest rate for this alleged debt and this space was unfilled.

12. The affidavit also had an alleged contract for this alleged debt attached thereto.

13. On January 7, 2008, the defendants submitted an affidavit by the same Erin Masterson, also dated September 22, 2005, in support of MRC's motion for summary judgment, however, it now contained and interest rate of 18% and the attachments to this contract were not the same as the earlier affidavit.

14. This "new" affidavit by Erin Masterson was actually the same affidavit previously provided to Ms. Naquin but it had been altered by adding the interest rate of 18% and changing the attachments.

**DEFENDANT'S PRACTICES**

15. Defendant violated numerous provisions of the FDCPA including but not limited to sections 1692e, 1692e(10), and 1692f.

16. Plaintiff has suffered actual damages and injury, including, but not limited to, stress, humiliation, anxiety, extreme mental anguish and suffering, emotional distress, for which she should be compensated in an amount to be proven at trial.

WHEREFORE, plaintiff respectfully requests that the Court grant the following relief in her favor and against Defendants Eaton Group Attorneys, LLC, MRC Receivables Corporation, and Midland Credit Management, Inc. for:

a. Additional damages from each defendant;

b. Actual damages;

c. Attorney fees, litigation expenses and costs; and

d. Such other and further relief as is appropriate.

A JURY TRIAL IS DEMANDED.

s/Garth J. Ridge
**GARTH J. RIDGE**
Attorney for Plaintiff
Bar Roll Number: 20589
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone Number: (225) 343-0700
Facsimile Number: (225) 343-7700
E-mail: GarthRidge@aol.com