**GARTH J. RIDGE**
ATTORNEY AT LAW
TAYLOR OFFICE BUILDING
251 FLORIDA STREET, SUITE 301
BATON ROUGE, LA 70801

TEL: (225) 343-0700
FAX: (225) 343-7700

February 20, 2009

Chief Judge Ralph Tyson
United States District Court
Middle District of Louisiana
777 Florida Street
Baton Rouge, Louisiana 70801

    Re:    **Karin Naquin vs. Eaton Group Attorneys, LLC, et al**
             **Civil Action No:    09-0007-RET-DLD**
             **United States District Court for the Middle District of Louisiana**

Dear Judge Tyson:

    I am notifying the court that a settlement has been reached in this matter but, not consummated.

    If you have any questions with regard to the above, please do not hesitate to contact me.

    With warm professional regards and courtesies, I remain

                                         Sincerely,

                                         Garth J. Ridge

GJR/pkt
cc:    Ms. Karin Naquin (via e-mail)
        Mr. Nick Lorio (via e-mail)
        Ms. Tamar Yudenfreund (via e-mail)