UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

KARIN NAQUIN                                                     CIVIL

VERSUS

EATON GROUP ATTORNEYS, LLC, ET AL                                09-7 M3

### ORDER OF DISMISSAL

The court having been advised by counsel that the above action has been settled,

IT IS ORDERED that this action is hereby DISMISSED as to defendant without prejudice to the right upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

IT IS FURTHER ORDERED that all pending motions are dismissed without prejudice as moot.

Baton Rouge, Louisiana, February 25, 2009.

RALPH E. TYSON, JUDGE
MIDDLE DISTRICT OF LOUISIANA